AUSA: Joe Zabel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 25 Mag. 1467

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| BURKHONDZHON ABLABERDIEV, |
| Defendant. |

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

ADAM DEAN, being duly sworn, deposes and says that he is a Special Agent with Homeland Security Investigations ("HSI") and states as follows:

On or about April 30, 2025, the Honorable Lynette C. Kimmins, United States Magistrate Judge for the District of Arizona, authorized a criminal complaint (the "Complaint") charging "Burkhondzhon Ablaberdiev" with violations of Title 8, United States Code, Sections 1324 (a)(1)(A)(i), (a)(1)(A)(vi), and (a)(2)(B)(ii), as well as Title 18, United States Code, Section 2. On the same day, Judge Kimmins issued an arrest warrant for "Ablaberdiev" (the "Arrest Warrant") based on the Complaint. The Complaint and Arrest Warrant are attached hereto as Exhibit A and incorporated by reference herein.

On or about May 2, 2025, I participated in the arrest of BURKHONDZHON ABLABERDIEV, the defendant, in the Southern District of New York. I believe that ABLABERDIEV is the same person as "Burkhondzhon Ablaberdiev" who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1.    I am a Special Agent with HSI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of BURKHONDZHON ABLABERDIEV, the defendant. I have been personally involved in determining whether ABLABERDIEV is the same person as "Burkhondzhon Ablaberdiev" named in the Arrest Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.    Based on my review of documents from the United States District Court for the District of Arizona, I know that, on or about April 30, 2025, the Honorable Lynette C. Kimmins, United States Magistrate Judge for the District of Arizona, issued the Arrest Warrant for "Burkhondzhon Ablaberdiev." The Arrest Warrant was based on violations of Title 8, United

States Code, Sections 1324 (a)(1)(A)(i), (a)(1)(A)(vi), and (a)(2)(B)(ii), as well as Title 18, United States Code, Section 2.

      3.     On or about May 2, 2025, at approximately 10:00 a.m. I participated in the arrest of BURKHONDZHON ABLABERDIEV, the defendant, in Orange County, New York, pursuant to the Arrest Warrant.

      4.     Based on my participation in the arrest, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that BURKHONDZHON ABLABERDIEV, the defendant, is the "Burkhondzhon Ablaberdiev" named in the Arrest Warrant, for the reasons set forth below:

      a.     As reflected in the Complaint, the "Burkhondzhon Ablaberdiev" named in the Arrest Warrant was administratively arrested by Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO") in New York, New York, on or about February 25, 2025. (Ex. A at 2). Based on my conversations with ICE ERO, I have learned that, since on or about February 25, 2025, the "Burkhondzhon Ablaberdiev" named in the Arrest Warrant who was administratively arrested has remained in continuous ICE ERO custody.

      b.     When other agents and I arrested ABLABERDIEV on or about May 2, 2025, we took custody of him from ICE ERO. Specifically, we retrieved ABLABERDIEV from the ICE ERO detention facility where he had been held since on or about February 25, 2025.

      c.     Moreover, I have reviewed the ICE ERO booking photo for the "Burkhondzhon Ablaberdiev" named in the Arrest Warrant, which was taken on or about February 13, 2025. Based on my comparison of that photograph with ABLABERDIEV, whom I arrested on or about May 2, 2025, I believe that ABLABERDIEV is the individual depicted in that photograph.

      5.     Accordingly, I believe that the "Burkhondzhon Ablaberdiev" named in the Arrest Warrant is the same person as BURKHONDZHON ABLABERDIEV, the defendant.

WHEREFORE, I respectfully request that BURKHONDZHON ABLABERDIEV, the defendant, be imprisoned or bailed, as the case may be.

Adam Dean
Special Agent
Homeland Security Investigations

Sworn to before me this
2nd day of May, 2025

THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

# EXHIBIT A

CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Burkhondzhon Ablaberdiev**<br>YOB: 1989; Citizen of Russia | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-05944MJ |

Complaint for violations of Title 8, United States Code Sections 1324(a)(2)(B)(ii) and Title 18, United States Code Section 2; and Title 8, United States Code Sections 1324(a)(1)(A)(i) and Title 8, United States Code Sections 1324(a)(1)(A)(VI)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about June 28, 2022 through July 1, 2022, at or near Yuma, in the District of Arizona, **Burkhondzhon Ablaberdiev**, knowing and in reckless disregard of the fact that a certain alien, Saidali Mamasadikov, had not received prior official authorization to come to, enter, and reside in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

On or about June 28, 2022 through July 1, 2022, at or near Yuma, in the District of Arizona, **Burkhondzhon Ablaberdiev**, knowing and in reckless disregard of the fact that a certain alien, Farangis Mamasadikova, had not received prior official authorization to come to, enter, and reside in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

CONTINUED ON PAGE 2

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**See Attached.**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>JAMES S DISKIN Digitally signed by JAMES S DISKIN<br>Date: 2025.04.30 16:22:07 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Task Force Officer<br>James S. Diskin |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 30, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA J. Kreamer-Hope

25-05944MJ

CONTINUED FROM PAGE 1:

From a date unknown continuing until October 17, 2022, Burkhondzhon Ablaberdiev did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to bring or attempt to bring to the United States, in any manner whatsoever, aliens through the District of Arizona, at a place other than a designated port of entry and place other than as designated by the Commissioner, regardless of whether such aliens had received prior authorization to come to, enter, or reside in the United States and regardless of any future official action which may have been taken with respect to such aliens, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and  Title 8, United States Code, Section 1324 (a)(1)(A)(v)(I).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Since in or around January 2024, Homeland Security Investigations (HSI) Special Agents (SAs) have been investigating a transnational criminal organization (TCO) involved in smuggling aliens from Central Asia and Russia over the U.S.-Mexico border, through Southern Arizona, including Yuma, Arizona.  As part of the investigation, SAs identified **Burkhondzhon Ablaberdiev (Ablaberdiev)** as a U.S.-based member of the TCO, who facilitates the TCO's smuggling activity, including by collecting payments related to smuggling, exchanging and transmitting funds on behalf of TCO members, and communicating with aliens, or others on their behalf, and other TCO members in furtherance of the smuggling operation.

On or about February 18, 2025, HSI SAs obtained a warrant in the District of Arizona to search **Ablaberdiev's** Apple iCloud email account.  Thereafter, on or about February 28, 2025, SAs obtained a warrant in the Southern District of New York, where **Ablaberdiev** was located, to search two cell phones seized from **Ablaberdiev** upon his arrest by Immigration and Customs Enforcement Deportation Officers on an administrative warrant in New York, New York.  A review of the material obtained from **Ablaberdiev's** Apple iCloud email account revealed a series of messages from in or around June and July 2022, stored from **Ablaberdiev's** iPhone assigned a phone number ending in 9555.

Specifically, on or about June 28, 2022, an individual stored in **Ablaberdiev's** phone under the contact "Саид Али," which translates roughly to "Said Ali," messaged **Ablaberdiev** over the encrypted communications application WhatsApp using a phone number ending in 0404.  A review of Customs and Border Patrol (CBP) records showed that Saidali Mamasadikov listed the 0404 number as his in his and his wife's, Farangis Mamasadikova (Mamasadikovs) Diversity Visa applications later submitted to the United States Department of State in or around 2023.  Both Mamasadikovs were born in Tajikistan.  CBP records further indicated that the couple initially traveled from Istanbul, Turkey to Mexico City, Mexico on or about June 25, 2022.

Around three days after **Ablaberdiev** received the initial message from "Said Ali", on or about July 1, 2022, Saidali Mamasadikov and Farangis Mamasadikova illegally entered the United States near Yuma, Arizona, where they were apprehended and arrested by Border Patrol Agents.  During processing, the Mamasadikovs stated that their destination in the United States was an apartment located at 8707 19th Avenue in Brooklyn, New York.  In addition, the Mamasadikovs identified Behruz Rahimov as their U.S.-based sponsor and provided his phone number as one ending in 2121.

The communications found on **Ablaberdiev's** Apple iCloud email account show that **Ablaberdiev** facilitated and aided and abetted in the smuggling of the Mamasadikovs as follows:

On or about June 28, 2022, "Said Ali" sent a message to **Ablaberdiev** including another phone number ending in 9221, and the first name "Saidali."[1]  Saidali Mamasadikov listed the same 9221 number in connection with a

---

[1] The messages, including voice messages, exchanged between "Said Ali" and **Ablaberdiev** were in the Tajik language and have been unofficially translated for purposes of this Complaint.  Accordingly, the English translations are not verbatim and are, at times, summaries of the discussions.

package containing "clothes, cosmetics, documents, phon[e]" that he shipped from Tijuana, Baja California, Mexico to the apartment he later disclosed as Rahimov's address, 8707 19th Avenue in Brooklyn, New York,

on or about July 1, 2022. Through the investigation, HSI SAs have determined that, at times, members of the TCO will encourage and/or assist aliens in shipping their personal belongings from Mexico into the United States, prior to smuggling the aliens across the border.

Given that Saidali Mamasadikov listed the 0404 phone number as his in the Diversity Visa applications, messaged his first name to **Ablaberdiev**, and provided **Ablaberdiev** with the 9221 phone number associated with Saidali Mamasadikov's package, and given the fact that the individual communicated with **Ablaberdiev** leading up to the Mamasadikovs' illegal entry into the United States, HSI SAs believe that the individual messaging **Ablaberdiev** over WhatsApp was Saidali Mamasadikov.

Upon receiving the message, **Ablaberdiev** responded and continued communicating with Saidali Mamasadikov into on or about June 29, 2022. Later in the conversation, **Ablaberdiev** stated, "we are going to the group at 10 o'clock" and "Inshallah the work will be successful," to which Saidali Mamasadikov responded, "we are ready" and asked "Where should I go? What is the address?" Saidali Mamasadikov sent a voice message asking if he should carry his driver's license with him or if [border police] would confiscate it at the border. In a voice message response, **Ablaberdiev** told Saidali Mamasadikov that if he could send his documents, that would be great because at the border, the border police will either accept the documents and return them to Saidali or deny the documents and send Saidali to detention facilities. Saidali Mamasadikov responded in a message stating "no problem, brother." **Ablaberdiev** then shared the same Telegram channel link that he had sent to Rahimov, along with a Google Maps link to a Carl's Jr. fast food restaurant located at Blvd. Corredor Tijuana, Rosarito 2000 Ejido Francisco Villa 2000, 22236 Tijuana, Baja California, Mexico, and the message, "at 10 o'clock."

That same afternoon, at around 4:15 p.m., **Ablaberdiev** sent a voice message telling Saidali Mamasadikov that Saidali must be at the address at 10:00 a.m. and instructing Saidali that he would send him a picture of the car that would take Saidali from there. **Ablaberdiev** also sent Saidali Mamasadikov a photo which appeared to be the inside of the Carl's Jr. Restaurant. Saidali Mamasadikov responded stating "no problem brother."

The next morning, on or about June 30, 2022, at around 8:35 a.m., Saidali Mamasadikov sent Ablaberdiev a voice message asking for the address again and saying the address was showing it was 19 kilometers away but the Uber could not find it. **Ablaberdiev** sent Saidali Mamasadikov the same address for the Carl's Jr. in Tijuana, Baja California, Mexico. Saidali Mamasadikov then sent a voice message informing **Ablaberdiev** that they were about to arrive in 10 minutes and asking for the picture of the car, license plate, and the contact number of the person. **Ablaberdiev** responded in a voice message stating he would forward the pictures of the car. He further informed Saidali Mamasadikov that the cars usually arrive between 10:30 and 11:00 a.m., and instructed him to go buy snacks and water for the journey and wait in the coffee shop across the way; **Ablaberdiev** told Saidali that there were two other Tajiks that would be joining. Thereafter, Saidali Mamasadikov asked **Ablaberdiev** for the phone numbers of the two Tajiks and asked how far of a distance it would be to the destination. In a voice message, **Ablaberdiev** responded that it was about two and a half to three hours to the Mexicali border crossing; that they will take Saidali there; and that once processing time was complete, Saidali would be able to cross the border by the end of the day.

At around 9:30 a.m., Saidali Mamasadikov sent Ablaberdiev two photos showing the Carl's Jr. fast food restaurant at the address located in Tijuana, Baja California, Mexico. Ablaberdiev responded stating "yes." He then sent a voice message in which he told Saidali Mamasadikov that the person was on his way to meet them and instructed Saidali to specify the payment to be $1,100. Ablaberdiev also noted that he had told Behruz (Rahimov) that the payment was $1,000. Saidali Mamasadikov stated that he understood and would just mention that another brother handles everything, including the fees and details. Ablaberdiev then told Saidali that there was another Russian at the coffee shop that would be going with him and instructed him to look for him.

At around 10:43 a.m., Ablaberdiev sent Saidali Mamasadikov a photo of an individual wearing a hat and sunglasses. In the background of the photo, there is a black vehicle. Shortly after, Ablaberdiev sent a photo of a black Mazda sedan with a California license plate. The vehicle appeared to be the same as the vehicle in the background of the photo of the individual. Upon reviewing the photo of the individual and comparing it to a photograph submitted in a 2015 visa application by Salvador Zepeda-Magallon, a citizen of Mexico, HSI SAs believe that the individual is Salvador Zepeda-Magallon. Salvador Zepeda-Magallon, also known as "Salvador Pastor" has been identified by HSI SAs as having involvement in human smuggling based on his contact information being located on the phones of smuggled aliens encountered by Border Patrol Agents. Through those encounters, HSI SAs identified Salvador Zepeda-Magallon's phone number as one ending in 0321. A review of Ablaberdiev's Apple iCloud email account revealed the same 0321 phone number saved under the contact name "Salvador Пастор" which translates to "Salvador Pastor."

At around 10:48 a.m., Saidali Mamasadikov sent Ablaberdiev a voice message informing him that he found the other Tajiks and god willing would be going to the border shortly. Ablaberdiev responded stating "no problem" and mentioning a motel. Later that same afternoon, Saidali Mamasadikov sent Ablaberdiev a photo of a motel. HSI SAs are aware that aliens are commonly staged at motels in Mexico prior to transportation for their illegal entry into the United States.

The next day, on or about July 1, 2022, Saidali Mamasadikov and Farangis Mamasadikov illegally entered the United States near Yuma, Arizona, and were apprehended and arrested by Border Patrol Agents.

Further review of Ablaberdiev's Apple iCloud email account identified other message chains in which Ablaberdiev engaged in other chats involving the facilitation of alien smuggling. In a chat with "Stepan" on or about May 25, 2022, Stepan texted Ablaberdiev saying "we are going to cross as a group." Ablaberdiev responded "Good luck," and "text when you have crossed." Stepan responded that they were in some kind of shed and Ablaberdiev responded "You are almost on the border, it's not far."

In another conversation with Rahimov—the Mamasadikovs' sponsor—on or about October 17, 2022, Rahimov forwarded Ablaberdiev a message from "Komila" stating:

> "Hello Bekhruz how are you doing? We are in Mexico. We just arrived, we don't have any money left. My son and I. We don't even have money to pay for the hotel. Our situation is really very difficult at this moment. How should we travel onward? Can you transfer our money to my account. Or Burkhan. If it weren't the final sum, I would not ask you. Please understand us."

Thereafter, Ablaberdiev and Rahimov appeared to discuss methods of transferring money, specifically referencing Zelle, a peer-to-peer money payment service that allows individuals to send money directly between bank accounts. Through this investigation, HSI SAs are aware that Ablaberdiev commonly accepted payments from individuals via Zelle. At one point, Ablaberdiev stated, "Money is given for everything." Rahimov asked Ablaberdiev "what is the price?" A review of financial records obtained during the investigation showed that later that evening, Ablaberdiev received a Zelle transfer of $400 from Behruz Rahimov. Based on the above, HSI SAs believe this discussion is consistent with Rahimov assisting "Komila" and Ablaberdiev facilitating other smuggling activity.

In another conversation occurring between on or about June 18, 2022, to on or about July 1, 2022, Ablaberdiev messaged with an individual using a phone number ending in 9994 and stored in Ablaberdiev's phone under the contact name "Zhunusbek $1500 Debt." Ablaberdiev messaged, "How's it going with money? By the end of the month I will need money. Don't let me down brother." When there was no response, Ablaberdiev later stated, "Hello brother! You need to pay your debt! I need money! I helped you don't let me down! Why aren't you answering?" Ablaberdiev did not and does not operate any business that would be consistent with that debt.

25-05944MJ

The amount of debt was consistent with a portion of a smuggling fee for a coordinator. Moreover, a review of publicly available records revealed that the same 9994 phone number used by "Zhunusbek $1500 Debt" was associated with an individual named Zhunuspek Urazalimov. CBP records pertaining to Zhunuspek Urazalimov revealed that Urazalimov, a citizen of Russia, illegally entered the United States near Yuma, Arizona on or about May 31, 2022.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-05944MJ |
| | ) | |
| | ) | |
| | ) | |
| Burkhondzhon Ablaberdiev | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Burkhondzhon Ablaberdiev                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1324(a)(2)(B)(ii); 18 U.S.C. 2; 8 U.S.C. 1324(a)(1)(A)(i) and 8 U.S.C. 1324(a)(1)(A)(VI).

Date:     04/30/2025

*Issuing officer's signature*

City and state:     Tucson, AZ

Lynnette C. Kimmins, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Burkhondzhon Ablaberdiev

Known aliases:   "Burkhan"

Last known residence:   ICE ERO Custody, New York

Prior addresses to which defendant/offender may still have ties:
3109 Brighton 7th Street, Apt. 1L, Brooklyn, NY 11235

Last known employment:   None

Last known telephone numbers:   +13478229555 and +13479930000

Place of birth:   Russia

Date of birth:   10/27/1989

Social Security number:   N/A

Height:   69                          Weight:   190

Sex:   Male                          Race:   White

Hair:   Black                        Eyes:   Brown

Scars, tattoos, other distinguishing marks:
N/A

History of violence, weapons, drug use:   N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:   Zokir ABLABERDIEV, Father, 992918981888,
Sajida ABLABERDIEVA, Mother

FBI number:   4XM6MDJWT

Complete description of auto:
N/A

Investigative agency and address:   Homeland Security Investigations. 7431 E. 30th Street Yuma AZ 85365

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*:   N/A

| Print | Save As... | | Reset |